**IN THE UNITED STATED DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| **PATSY H. PITTMAN AND THOMAS LATHAM ''TY'' PEARSON** | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO.: 3:21-CV-42-DMB-JMV** |
| **STATE FARM FIRE AND CASUALTY INSURANCE COMPANY** | **DEFENDANT** |

**ORDER GRANTING**
**UNOPPOSED ORE TENUS MOTION FOR ADDITIONAL TIME TO**
**EXTEND CASE MANAGEMENT ORDER DEADLINES**

BEFORE THE COURT is the unopposed ore tenus motion of Defendant, State Farm Fire and Casualty Insurance Company, to extend case management order deadlines. After considering the unopposed ore tenus motion, the Court finds that it is well-taken and shall be granted.

**THEREFORE, IT IS HEREBY ORDERED** that the deadlines are extended as follows:

1) The discovery deadline is hereby extended to March 7, 2022;

2) The Daubert motion deadline is hereby extended to March 21, 2022; and

3) The dispositive motions deadline is hereby extended to April 18, 2022.

**SO ORDERED**, this the 24rd day of February, 2022.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**