IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**PATSY H. PITTMAN and**     **PLAINTIFFS**
**THOMAS LATHAM "TY" PITTMAN**

**V.**     **NO. 3:21-CV-42-DMB-JMV**

**STATE FARM FIRE AND CASUALTY**
**INSURANCE COMPANY**     **DEFENDANT**

### ORDER

On January 24, 2023, the parties filed a "Stipulation and Joint Motion to Dismiss," representing that they "have reached an amicable resolution of all of their disputes" and "now seek a dismissal with prejudice of Plaintiffs' Complaint and all the claims."[1]  Doc. #54.  Based on the settlement, the joint motion [54] is **GRANTED**.  This case is **DISMISSED with prejudice**.

**SO ORDERED**, this 24th day of January, 2023.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] While a stipulation of dismissal does not require court approval, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties "seek further a formal Order of Dismissal, with prejudice, so that there is no future confusion."  Doc. #54 at 1.